NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**THASHA A. BOYD,**
*Petitioner,*

**v.**

**DEPARTMENT OF LABOR,**
*Respondent.*

———————————

2014-3022

———————————

Petition for review of the Merit Systems Protection Board in Nos. AT1221120456-W-1 and AT1221120665-W-1.

———————————

**ON MOTION**

———————————

**O R D E R**

The Department of Labor moves for a 21-day extension of time, until January 21, 2014, to file its principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                                    BOYD v. LABOR

> FOR THE COURT
>
> /s/ Daniel E. O'Toole
> Daniel E. O'Toole
> Clerk of Court

s27